Harold Richard Henager
Name
201 N. Shartel
Okla. City, OK. 73102
Address

FILED

JUL 13 2004

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY ________ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Harold Richard Henager Plaintiff<br>(Full Name)<br><br>v.<br><br>Officer M. Downing, Defendant (s)<br>Four Unknown Police Officers | CASE NO. CIV-04-0872-M<br>(To be supplied by the Clerk)<br><br>CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

A. JURISDICTION

1) Harold Richard Henager, is a citizen of Oklahoma
(Plaintiff) (State)
who presently resides at Oklahoma County Jail, 201 N. Shartel, OKC, 73102. (Mailing address or place of confinement)

2) Defendant Officer M. Downing (Name of first defendant) is a citizen of ________ (City, State), and is employed as Oklahoma City Police Officer (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Defendant was on duty OKC Police at time of incident,

3) Defendant Four Unknown Police is a citizen of
(Name of second defendant)
Oklahoma City, Oklahoma, and is employed as
(City, State)
Oklahoma City Police Officer. At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose was this defendant acting under color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain: Defendants were on duty Oklahoma City Police Officers at the time of incident.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.) ____________

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

On September 18, 2003, Plaintiff was arested by the Oklahomo City Police after his truck was "Stop Sticked" on N.W. 4th and Villa. Plaintiff had attempted to elude the Police and failed. After Plaintiff's truck was stopped, Officer M. Dowing sprayed pepper spray in Plaintiff's face and pulled him from the truck by his hair. Downing threw Plaintiff to the ground and jumped on his back and commenced to hand cuff him.
At this time, three unknown Officers commenced kicking Plaintiff in the head while another officer jumped up and down on the back of Plaintiff's knees and hit his ribs with a flash light. On board camera on squad CAR will verify all this.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Plaintiff was subjected to violations of 4th & 14th Amendments by brutal and unnecessary force used by Police during arrest.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and date. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Officer M. Downing's pulling Plaintiff out of truck by his hair was undue force. The three officer's kicking Plaintiff's head and the one officer jumping up and down on his legs destroying his knee joints forever was undue force.

B) (1) Count II: Plaintiff was subjected to cruel and unusual punishment by all defendents violating 8th amendment by the attack on Plaintiff during arrest.

(2) Supporting Facts: M Downing's jerking Plaintiff around by his hair and subsequently "chocking" him after he was handcuffed and the Four Unknown Police officers kicking Plaintiff's head and jumping up and down on his legs and hitting him with flash lights amounts to Cruel and unusual punishment.

C) (1) Count III: ______________________________

______________________________

______________________________

(2) Supporting Facts:

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer Is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: ______________________________

Defendants: ______________________________

b) Name of court and docket number ______________________________

______________________________

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________________

______________________________

d) Issues raised ______________________________

e) Approximate date of filing lawsuit ______________________________

f) Approximate date of disposition ______________________________

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☑ No ☐ . If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. Plaintiff wrote the Chief of Police in October, 2003 and complained of this treatment and requested a hearing and investigation. The Police Chief never responded. My girl friend tried to call about my letter and never could recieve a answer from anyone.

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Because Plaintiff's legs are forever ruined where he cannot work at any laborous JOB to support himself or family, Defendants should pay him $80,000.00. Defendants should pay $2,000,000.00 in Punitive Damages.

Signature of Attorney (if any)

(Attorney's full address and telephone number.)

Signature of Petitioner



XE - 2 7/93

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at 201 N. Shartel OKC 73102 (Location) on July 8 (Date), ~~199~~ 2004.

Harold R Hesage
(Signature)



XE - 2 7/93