## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

HAROLD RICHARD HENAGER, )

Plaintiff(s), )

v. ) Case No. CIV-04-872-M

OFFICER M. DOWNING, et al., )

Defendant(s). )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Harold Richrd Henager.
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court.


s/ Jonathan D. Echols 11-15-06
Signature Date

Jonathan D. Echols
Print Name

Crowe & Dunlevy, P.C.
Firm

20 N. Broadway Ave., Suite 1800
Address

Oklahoma City OK 73102
City State Zip Code

405-239-6687 405-272-5965
Telephone Fax Number

jonathan.echols@crowedunlevy.com
Internet E-mail Address


REVISED 8/31/06

*Certificate of Service*

☑ I hereby certify that on (date) 11-15-06, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Susan A Knight
sknight@fentonlaw.com rpollock@fentonlaw.com

Richard C Smith
rick.smith@okc.gov trudie.burns@okc.gov;federaldocket@okc.gov

Jesse C White
whitej@crowedunlevy.com stockwed@crowedunlevy.com;ecf@crowedunlevy.com

☑ I hereby certify that on (date) 11-15-06, I served the attached document by (service method) U.S. First Class Mail on the following, who are not registered participants of the ECF System: (insert names and addresses)

N/A

Jonathan D. Echols
s/ Attorney Name