**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

HAROLD RICHARD HENAGER, )
)
Plaintiff, )
)
vs. ) Case No. CIV-04-872-M
)
OFFICER M. DOWNING, et al., )
)
Defendants. )

**VERDICT FORM**

We, the jury, empaneled and sworn in the above-entitled cause, do, upon our oaths, find as follows:

I. LIABILITY

A. Defendant Matthew Downing

_____ Liable ✓ Not Liable

B. Defendant Brian Cook

_____ Liable ✓ Not Liable

C. Defendant Lance Marston

_____ Liable ✓ Not Liable

D. Defendant David L. Feskanich

_____ Liable ✓ Not Liable

## II. DAMAGES

**Do not answer Part II [Damages] unless you found defendant Matthew Downing, defendant Brian Cook, defendant Lance Marston, and/or defendant David L. Feskanich liable in Part I.**

We find the dollar amount of actual damages sustained by plaintiff is the sum of $____________________.

OR

We find that plaintiff is entitled to nominal damages in the amount of $________.

## III. RECKLESS DISREGARD/INTENTIONALLY AND WITH MALICE

**[If you found defendant Matthew Downing liable in Part I above, answer part A of this question. If you found in favor of defendant Matthew Downing in Part I above, do not answer part A of this question and instead go to part B.]**

A. Defendant Matthew Downing:

______ We find by a preponderance of the evidence that the defendant Matthew Downing acted in reckless disregard of the rights of the plaintiff Harold Richard Henager and/or intentionally and with malice towards the plaintiff Harold Richard Henager.

We, therefore, award $__________________ in punitive damages.

______ We do not find by a preponderance of the evidence that the defendant Matthew Downing acted in reckless disregard of the rights of the plaintiff Harold Richard Henager and/or intentionally and with malice towards the plaintiff Harold Richard Henager.

**[If you found defendant Brian Cook liable in Part I above, answer part B of this question. If you found in favor of defendant Brian Cook in Part I above, do not answer part B of this question and instead go to part C.]**

B. Defendant Brian Cook:

______ We find by a preponderance of the evidence that the defendant Brian Cook acted in reckless disregard of the rights of the plaintiff Harold Richard Henager and/or intentionally and with malice towards the plaintiff Harold Richard Henager.

We, therefore, award $__________________ in punitive damages.

______ We do not find by a preponderance of the evidence that the defendant Brian Cook acted in reckless disregard of the rights of the plaintiff Harold Richard Henager and/or intentionally and with malice towards the plaintiff Harold Richard Henager.

**[If you found defendant Lance Marston liable in Part I above, answer part C of this question. If you found in favor of defendant Lance Marston in Part I above, do not answer part C of this question and instead go to part D.]**

C. Defendant Lance Marston:

______ We find by a preponderance of the evidence that the defendant Lance Marston acted in reckless disregard of the rights of the plaintiff Harold Richard Henager and/or intentionally and with malice towards the plaintiff Harold Richard Henager.

We, therefore, award $__________________ in punitive damages.

______ We do not find by a preponderance of the evidence that the defendant Lance Marston acted in reckless disregard of the rights of the plaintiff Harold Richard Henager and/or intentionally and with malice towards the plaintiff Harold Richard Henager.

**[If you found defendant David L. Feskanich liable in Part I above, answer part D of this question. If you found in favor of defendant David L. Feskanich in Part I above, do not answer part D of this question and instead go to the signature line.]**

D. Defendant David L. Feskanich:

______ We find by a preponderance of the evidence that the defendant David L. Feskanich acted in reckless disregard of the rights of the plaintiff Harold Richard Henager and/or intentionally and with malice towards the plaintiff Harold Richard Henager.

We, therefore, award $__________________ in punitive damages.

_____ We do not find by a preponderance of the evidence that the defendant David L. Feskanich acted in reckless disregard of the rights of the plaintiff Harold Richard Henager and/or intentionally and with malice towards the plaintiff Harold Richard Henager.

4-10-07
Date Signed

[signature]
Signature of Presiding Juror A. D. MULLEN, JR.